IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITTORIO GUERRIERO, M.D., and ) <br> GREGORY C. NACOPOULOS, D.O., ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    vs. ) <br> ) <br> MERIT LINCOLN PARK, LLC, GREGORY A. ) <br> CIERLIK, WILLIAM S. MARKEY, M.D., ) <br> MARIA M. MUNOZ, M.D., CHRISTOS A. ) <br> GALANOPOULOS, M.D., GEORGE I. ) <br> SALTI, M.D., GEORGE ENGEL, M.D., ) <br> HOWARD A. MORITZ, M.D., CHRISTINE ) <br> BRADY, R.N., ERHARD R. CHORLÉ and ) <br> LYNN A. ELLENBERGER, ) <br> ) <br>    Defendants. ) | No. 08 C 2388 <br><br> Judge Grady <br><br> Mag. Judge Brown |

## NOTICE OF MOTION

To:

| | |
|---|---|
| William E. Barrows <br> 1020 Evergreen Circle <br> Olympia Fields, IL  60461 | Lincoln Park Hospital <br> 550 West Webster Avenue <br> Chicago, IL  60614 |
| William S. Markey, M.D. <br> 3000 North Halsted Street <br> Chicago, IL  60657 | Maria M. Munoz, M.D. <br> 4584 West Addison Avenue <br> Chicago, IL  60641 |
| Christos A. Galanopoulos, M.D. <br> 347 Andrieux Street <br> Sonoma, CA  95476 | George I. Salti, M.D. <br> 5011 North Lincoln Avenue <br> Chicago, IL  60625 |
| George Engel, M.D. <br> 2225 Enterprise Drive, #2511 <br> Westchester, IL  60654 | Howard A. Moritz, M.D. <br> 550 West Webster Avenue <br> Chicago, IL  60614 |
| Christine Brady, R.N. <br> 550 West Webster Avenue <br> Chicago, IL  60614 | George A. Cierlik <br> Current Address Unknown |

    PLEASE TAKE NOTICE that on Wednesday, May 7, 2008, at 10:30 a.m., we shall appear before the Honorable John F. Grady, United States District Court for the Northern District

of Illinois, 219 South Dearborn Street, Room 2201, Chicago, Illinois, and present AGREED MOTION TO EXTEND TIME, a copy of which is herewith served upon you.

/s/Kevin M. Forde_____

Kevin M. Forde
Kevin M. Forde, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL  60602
(312) 641-1441

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that the foregoing NOTICE OF MOTION and AGREED MOTION TO EXTEND TIME were served upon

| | |
|---|---|
| Lincoln Park Hospital<br>550 West Webster Avenue<br>Chicago, IL  60614 | Howard A. Moritz, M.D.<br>550 West Webster Avenue<br>Chicago, IL  60614 |
| Christine Brady, R.N.<br>550 West Webster Avenue<br>Chicago, IL  60614 | William S. Markey, M.D.<br>3000 North Halsted Street<br>Chicago, IL  60657 |
| George I. Salti, M.D.<br>5011 North Lincoln Avenue<br>Chicago, IL  60625 | Maria M. Munoz, M.D.<br>4584 West Addison Avenue<br>Chicago, IL  60641 |
| Christos A. Galanopoulos, M.D.<br>347 Andrieux Street<br>Sonoma, CA  95476 | George Engel, M.D.<br>2225 Enterprise Drive, #2511<br>Westchester, IL  60654 |
| William E. Barrows<br>1020 Evergreen Circle<br>Olympia Fields, IL  60461 | |

BY U.S. MAIL on this 29th day of April, 2008.

/s/Kevin M. Forde_____