IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITTORIO GUERRIERO, M.D., and GREGORY C. NACOPOULOS, D.O.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERIT LINCOLN PARK, LLC, GREGORY A. CIERLIK, WILLIAM S. MARKEY, M.D., MARIA M. MUNOZ, M.D., CHRISTOS A. GALANOPOULOS, M.D., GEORGE I. SALTI, M.D., GEORGE ENGEL, M.D., HOWARD A. MORITZ, M.D., CHRISTINE BRADY, R.N., ERHARD R. CHORLÉ and LYNN A. ELLENBERGER,<br><br>    Defendants. | No.<br>    FILED STAMP: APRIL 24, 2008<br>    08CV2388 J. N.<br>    JUDGE GRADY<br>    MAG JUDGE BROWN |

**NOTICE OF FILING**

To:

| | |
|---|---|
| William E. Barrows<br>1020 Evergreen Circle<br>Olympia Fields, IL  60461 | Lincoln Park Hospital<br>550 West Webster Avenue<br>Chicago, IL  60614 |
| William S. Markey, M.D.<br>3000 North Halsted Street<br>Chicago, IL  60657 | Maria M. Munoz, M.D.<br>4584 West Addison Avenue<br>Chicago, IL  60641 |
| Christos A. Galanopoulos, M.D.<br>347 Andrieux Street<br>Sonoma, CA  95476 | George I. Salti, M.D.<br>5011 North Lincoln Avenue<br>Chicago, IL  60625 |
| George Engel, M.D.<br>2225 Enterprise Drive, #2511<br>Westchester, IL  60654 | Howard A. Moritz, M.D.<br>550 West Webster Avenue<br>Chicago, IL  60614 |
| Christine Brady, R.N.<br>550 West Webster Avenue<br>Chicago, IL  60614 | George A. Cierlik<br>Current Address Unknown |

     PLEASE TAKE NOTICE that on Thursday, April 24, 2008, we filed, via electronic filing, with the Clerk of the United States District Court for the Northern District of Illinois, NOTICE OF REMOVAL, a copy of which is herewith served upon you.

                                        /s/Kevin M. Forde_____

Kevin M. Forde
Kevin R. Malloy
Kevin M. Forde, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL  60602
(312) 641-1441

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, states that the foregoing NOTICE OF FILING and NOTICE OF REMOVAL were served upon

| | |
|---|---|
| Lincoln Park Hospital<br>550 West Webster Avenue<br>Chicago, IL  60614 | Howard A. Moritz, M.D.<br>550 West Webster Avenue<br>Chicago, IL  60614 |
| Christine Brady, R.N.<br>550 West Webster Avenue<br>Chicago, IL  60614 | William S. Markey, M.D.<br>3000 North Halsted Street<br>Chicago, IL  60657 |
| George I. Salti, M.D.<br>5011 North Lincoln Avenue<br>Chicago, IL  60625 | Maria M. Munoz, M.D.<br>4584 West Addison Avenue<br>Chicago, IL  60641 |
| Christos A. Galanopoulos, M.D.<br>347 Andrieux Street<br>Sonoma, CA  95476 | George Engel, M.D.<br>2225 Enterprise Drive, #2511<br>Westchester, IL  60654 |

BY FEDERAL EXPRESS on this 24th day of April, 2008, and upon

        William E. Barrows
        1020 Evergreen Circle
        Olympia Fields, IL  60461

BY U.S. MAIL on this 24th day of April, 2008.

                                          /s/Kevin M. Forde_____