IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VITTORIO GUERRIERO, M.D., and GREGORY C. NACOPOULOS, D.O., | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 CV 2388 Honorable John F. Grady |
| vs. | ) ) | |
| MERIT LINOLN PARK, LLC, GREGORY A. CIERLIK, WILLIAM S. MARKEY, M.D., MARIA M. MUNOZ, M.D., CHRISTOS A. GALANOPOULOS, M.D., GEORGE I. SALTI, M.D., GEORGE ENGEL, M.D., HOWARD A. MORITZ, M.D., CHRISTINE BRADY, R.N., ERHARD R. CHORLÉ and LYNN A. ELLENBERGER, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS MERIT LINCOLN PARK, LLC, GREGORY A. CIERLIK, WILLIAM S. MARKEY, M.D., MARIA M. MUNOZ, M.D., CHRISTOS A. GALANOPOULOS, M.D., GEORGE I. SALTI, M.D., GEORGE ENGEL, M.D., HOWARD A. MORITZ, M.D., CHRISTINE BRADY, R.N.'S JOINDER IN DEFENDANTS ERHARD R. CHORLÉ AND LYNN A. ELLENBERGER'S NOTICE OF REMOVAL

Defendants MERIT LINCOLN PARK, LLC, GREGORY A. CIERLIK, WILLIAM S. MARKEY, M.D., MARIA M. MUNOZ, M.D., CHRISTOS A. GALANOPOULOS, M.D., GEORGE I. SALTI, M.D., GEORGE ENGEL, M.D., HOWARD A. MORITZ, M.D., CHRISTINE BRADY, R.N. (collectively "Defendants"), by their attorneys, Bollinger, Ruberry & Garvey, hereby joins, adopts and incorporates Defendants ERHARD R. CHORLÉ AND LYNN A. ELLENBERGER'S Notice of Removal filed with this Honorable Court on April 24, 2008, as if fully set forth herein.

Dated this 8th day of May, 2008.

                                  Bollinger, Ruberry & Garvey

                                  By:/s/ Mark F. Wolfe_____
                                  One of the Attorneys for Defendants MERIT LINCOLN PARK, LLC, GREGORY A. CIERLIK, WILLIAM S. MARKEY, M.D., MARIA M. MUNOZ, M.D., CHRISTOS A. GALANOPOULOS, M.D., GEORGE I. SALTI, M.D., GEORGE ENGEL, M.D., HOWARD A. MORITZ, M.D., CHRISTINE BRADY, R.N.

Michael S. Knippen, ARDC No. 6185723
Mark F. Wolfe, ARDC No. 6186298
Elise N. Victor, ARDC No. 6287603
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661
312.466.8000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a true and correct copy of *Defendants Merit Lincoln Park, LLC, Gregory A. Cierlik, William S. Markey, M.D., Maria M. Munoz, M.D., Christos A. Galanopoulos, M.D., George I. Salti, M.D., George Engel, M.D., Howard A. Moritz, M.D., Christine Brady, R.N.'s Joinder in Defendants Erhard R. Chorle and Lynn A. Ellenberger's Notice of Removal* to be electronically filed with the Clerk of the Court using the CM/EFC system, and the following counsel of record were served electronically on May 8, 2008:

| | |
|---|---|
| William E. Barrows<br>Attorney at Law<br>1020 Evergreen Circle<br>Olympia Fields, IL 60461<br>Phone: (708) 481-4179<br>*Counsel for Plaintiffs Vittorio Guerriero, M.D., and Gregory C. Nacopoulos, D.O.* | Kevin Michael Forde<br>Kevin M. Forde, Ltd.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602<br>Phone: (312) 641-1441<br>*Counsel for Defendants Erhard R. Chorle and Lynn A. Ellenberger* |

                By: /s/ Mark F. Wolfe
                    Mark F. Wolfe
                    ARDC No.: 6186298
                    BOLLINGER, RUBERRY & GARVEY
                    500 West Madison Street
                    Suite 2300
                    Chicago, Illinois 60606-2511
                    Telephone: 312-466-8000