IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VITTORIO GUERRIERO, M.D., and<br>GREGORY C. NACOPOULOS, D.O., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 CV 2388 |
| | ) | |
| vs. | ) | |
| | ) | |
| MERIT LINOLN PARK, LLC, GREGORY A.<br>CIERLIK, WILLIAM S. MARKEY, M.D.,<br>MARIA M. MUNOZ, M.D., CHRISTOS A.<br>GALANOPOULOS, M.D., GEORGE I.<br>SALTI, M.D., GEORGE ENGEL, M.D.,<br>HOWARD A. MORITZ, M.D., CHRISTINE<br>BRADY, R.N., ERHARD R. CHORLÉ and<br>LYNN A. ELLENBERGER, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:  All Counsel of Record

**PLEASE TAKE NOTICE** that on Thursday, May 8, 2008, there was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following: *Defendants Merit Lincoln Park, LLC, Gregory A. Cierlik, William S. Markey, M.D., Maria M. Munoz, M.D., Christos A. Galanopoulos, M.D., George I. Salti, M.D., George Engel, M.D., Howard A. Moritz, M.D., Christine Brady, R.N.'s Joinder in Defendants Erhard R. Chorle and Lynn A. Ellenberger's Notice of Removal*

/s/ Mark F. Wolfe
One if Its Attorneys

Mark F. Wolfe
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
(312) 466-8000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a true and correct copy of *Bollinger, Ruberry & Garvey's Notice of Filing* to be electronically filed with the Clerk of the Court using the CM/EFC system, and the following counsel of record were served electronically on May 8, 2008:

| | |
|---|---|
| William E. Barrows<br>Attorney at Law<br>1020 Evergreen Circle<br>Olympia Fields, IL  60461<br>Phone:  (708) 481-4179<br>*Counsel for Plaintiffs Vittorio Guerriero, M.D., and Gregory C. Nacopoulos, D.O.* | Kevin Michael Forde<br>Kevin M. Forde, Ltd.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL  60602<br>Phone: (312) 641-1441<br>*Counsel for Defendants Erhard R. Chorle and Lynn A. Ellenberger* |

By: /s/ Mark F. Wolfe
    Mark F. Wolfe
    ARDC No.:  6186298
    BOLLINGER, RUBERRY & GARVEY
    500 West Madison Street
    Suite 2300
    Chicago, Illinois  60606-2511
    Telephone:  312-466-8000