## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of Case Number: 08 CV 2388

Vittorio Guerriero, M.D. and Gregory C. Nacopoulos, D.O. v. Merit Lincoln Park, LLC, Gregory A. Cierlik, William S. Markey, M.D., Mario M. Munoz, M.D., Christos A. Calanopoulos, M.D., George I. Salti, M.D., George Engel, M.D., Howard A. Moritz, M.D., Christine Brady, R.N., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Merit Lincoln Park, LLC, Gregory A. Cierlik, William S. Markey, M.D., Mario M. Munoz, M.D., Christos A. Calanopoulos, M.D., George I. Salti, M.D., George Engel, M.D., Howard A. Moritz, M.D., Christine Brady, R.N.

| | |
|---|---|
| NAME (Type or print) | |
| Michael S. Knippen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael S. Knippen | |
| FIRM | |
| Bollinger, Ruberry & Garvey | |
| STREET ADDRESS | |
| 500 W. Madison Street, Suite 2300 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6185723 | 312-466-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of *Bollinger, Ruberry & Garvey's* **APPEARANCE** to be electronically filed with the Clerk of the Court using the CM/EFC system, and the following counsel of record were served electronically on May 9, 2008:

| | |
|---|---|
| William E. Barrows<br>Attorney at Law<br>1020 Evergreen Circle<br>Olympia Fields, IL 60461<br>Phone: (708) 481-4179<br>*Counsel for Plaintiffs Vittorio Guerriero, M.D., and Gregory C. Nacopoulos, D.O.* | Kevin Michael Forde<br>Kevin M. Forde, Ltd.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602<br>Phone: (312) 641-1441<br>*Counsel for Defendants Erhard R. Chorle and Lynn A. Ellenberger* |

By: /s/ Michael S. Knippen
    Michael S. Knippen
    ARDC No.: 6185723
    BOLLINGER, RUBERRY & GARVEY
    500 West Madison Street
    Suite 2300
    Chicago, Illinois 60606-2511
    Telephone: 312-466-8000