# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

In the Matter of                                    Case   08CV2388

VITTORIO GUERRIERO, M.D., et al, v.

MERIT LINCOLN PARK, LLC, et al.

**FILED**
MAY 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VITTORIO GUERRIERO, M.D., and
GREGORY C. NACOPOULOS, D.O.,
Plaintiffs

| SIGNATURE | (signature) |
|---|---|
| FIRM | William E. Barrows, Attorney at Law |
| STREET ADDRESS | 1020 Evergreen Ct, Olympia Fields, IL 60461 |
| CITY/STATE/ZIP | Olympia Fields, IL 60461 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| IL Reg # 0123668 | 708-481-4179 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐