IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITTORIO GUERRIERO, M.D., and <br> GREGORY C. NACOPOULOS, D.O., <br><br> Plaintiffs, <br><br> vs. <br><br> MERIT LINCOLN PARK, LLC, GREGORY A. CIERLIK, WILLIAM S. MARKEY, M.D., MARIA M. MUNOZ, M.D., CHRISTOS A. GALANOPOULOS, M.D., GEORGE I. SALTI, M.D., GEORGE ENGEL, M.D., HOWARD A. MORITZ, M.D., CHRISTINE BRADY, R.N., ERHARD R. CHORLÉ and LYNN A. ELLENBERGER, <br><br> Defendants. | No. 08 C 2388 <br><br> Judge Grady <br><br> Mag. Judge Brown |

## NOTICE OF MOTION

To:

| | |
|---|---|
| William E. Barrows <br> 1020 Evergreen Circle <br> Olympia Fields, IL  60461 | Michael S. Knippen <br> Elise N. Victor <br> Mark F. Wolfe <br> Bollinger, Ruberry & Garvey <br> 500 West Madison Street <br> Suite 2300 <br> Chicago, IL  60661 |

  PLEASE TAKE NOTICE that on Wednesday, June 4, 2008, at 10:30 a.m., we shall appear before the Honorable John F. Grady, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Room 2201, Chicago, Illinois, and present MOTION FOR LEAVE TO FILE OVERSIZED BRIEF, a copy of which is herewith served upon you.

                /s/Kevin M. Forde

Kevin M. Forde
Kevin R. Malloy
Kevin M. Forde, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL  60602
(312) 641-1441

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that the foregoing NOTICE OF MOTION and MOTION FOR LEAVE TO FILE OVERSIZED BRIEF were served upon

> William E. Barrows
> 1020 Evergreen Circle
> Olympia Fields, IL  60461

BY U.S. MAIL and upon

> Michael S. Knippen
> Elise N. Victor
> Mark F. Wolfe
> Bollinger, Ruberry & Garvey
> 500 West Madison Street
> Suite 2300
> Chicago, IL  60661

BY ELECTRONIC FILING on this 27th day of May, 2008.

/s/Kevin M. Forde_____