IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VITTORIO GUERRIERO, M.D., and<br>GREGORY C. NACOPOULOS, D.O., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | No. 08 C 2388 |
| MERIT LINCOLN PARK, LLC, GREGORY A.<br>CIERLIK, WILLIAM S. MARKEY, M.D.,<br>MARIA M. MUNOZ, M.D., CHRISTOS A.<br>GALANOPOULOS, M.D., GEORGE I.<br>SALTI, M.D., GEORGE ENGEL, M.D.,<br>HOWARD A. MORITZ, M.D., CHRISTINE<br>BRADY, R.N., ERHARD R. CHORLÉ and<br>LYNN A. ELLENBERGER, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Judge Leinenweber<br><br>Mag. Judge Brown |
| Defendants. | ) | |

## RE-NOTICE OF MOTION

To:

| | |
|---|---|
| William E. Barrows<br>1020 Evergreen Circle<br>Olympia Fields, IL  60461 | Michael S. Knippen<br>Elise N. Victor<br>Mark F. Wolfe<br>Bollinger, Ruberry & Garvey<br>500 West Madison Street, Suite 2300<br>Chicago, IL  60661 |

PLEASE TAKE NOTICE that on Tuesday, June 10, 2008, at 9:30 a.m., we shall appear before the Honorable Harry D. Leinenweber, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Room 1941, Chicago, Illinois, and present MOTION FOR LEAVE TO FILE OVERSIZED BRIEF, a copy of which has previously been served upon you.

/s/Kevin M. Forde

Kevin M. Forde
Kevin R. Malloy
Kevin M. Forde, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL  60602
(312) 641-1441

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that the foregoing RE-NOTICE OF MOTION was served upon

>William E. Barrows
>1020 Evergreen Circle
>Olympia Fields, IL  60461

BY U.S. MAIL and upon

>Michael S. Knippen
>Elise N. Victor
>Mark F. Wolfe
>Bollinger, Ruberry & Garvey
>500 West Madison Street
>Suite 2300
>Chicago, IL  60661

BY ELECTRONIC FILING on this 29th day of May, 2008.

>/s/Kevin M. Forde_____