IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VITTORIO GUERRIERO, M.D., and GREGORY C. NACOPOULOS, D.O., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 08 C 2388 |
| MERIT LINCOLN PARK, LLC, GREGORY A. CIERLIK, WILLIAM S. MARKEY, M.D., MARIA M. MUNOZ, M.D., CHRISTOS A. GALANOPOULOS, M.D., GEORGE I. SALTI, M.D., GEORGE ENGEL, M.D., HOWARD A. MORITZ, M.D., CHRISTINE BRADY, R.N., ERHARD R. CHORLÉ and LYNN A. ELLENBERGER, | ) ) ) ) ) ) ) ) ) | Judge Leinenweber  Mag. Judge Brown |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

To:

    William E. Barrows        Michael S. Knippen
    1020 Evergreen Circle      Elise N. Victor
    Olympia Fields, IL  60461   Mark F. Wolfe
                                            Bollinger, Ruberry & Garvey
                                            500 West Madison Street
                                            Suite 2300
                                            Chicago, IL  60661

       PLEASE TAKE NOTICE that on Tuesday, June 10, 2008, at 9:30 a.m., we shall appear before the Honorable Harry D. Leinenweber, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Room 1941, Chicago, Illinois, and present AGREED MOTION TO EXTEND TIME, a copy of which is herewith served upon you.

                                                                          /s/Kevin M. Forde_____

Kevin M. Forde
Kevin R. Malloy
Kevin M. Forde, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL  60602
(312) 641-1441

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that the foregoing NOTICE OF MOTION and AGREED MOTION TO EXTEND TIME were served upon

>William E. Barrows
>1020 Evergreen Circle
>Olympia Fields, IL  60461

BY U.S. MAIL and upon

>Michael S. Knippen
>Elise N. Victor
>Mark F. Wolfe
>Bollinger, Ruberry & Garvey
>500 West Madison Street
>Suite 2300
>Chicago, IL  60661

BY ELECTRONIC FILING on this 29th day of May, 2008.

/s/Kevin M. Forde