IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITTORIO GUERRIERO, M.D., and GREGORY C. NACOPOULOS, D.O., <br><br>Plaintiffs, <br><br>vs. <br><br>MERIT LINOLN PARK, LLC, GREGORY A. CIERLIK, WILLIAM S. MARKEY, M.D., MARIA M. MUNOZ, M.D., CHRISTOS A. GALANOPOULOS, M.D., GEORGE I. SALTI, M.D., GEORGE ENGEL, M.D., HOWARD A. MORITZ, M.D., CHRISTINE BRADY, R.N., ERHARD R. CHORLÉ and LYNN A. ELLENBERGER, <br><br>Defendants. | No. 08 CV 2388 <br>Honorable Judge Leinenweber |

## NOTICE OF MOTION

To:  William E. Barrows            Kevin M. Forde
     1020 Evergreen Circle         Kevin R. Malloy
     Olympia Fields, IL  60461     Kevin M. Forde, Ltd.
                                   111 West Washington Street, Suite 1100
                                   Chicago, IL  60602

PLEASE TAKE NOTICE that on **Tuesday, June 10, 2008**, at **9:30 a.m.**, we shall appear before the Honorable Judge Leinenweber, United States District Court for the Northern District of Illinois, 219 South Dearborn, Room 2201, Chicago, Illinois, and present *Defendants Merit Lincoln Park, LLC, Gregory A. Cierlik, William S. Markey, M.D., Maria M. Munoz, M.D., Christos A. Galanopoulos, M.D., George I. Salti, M.D., George Engel, M.D., Howard A. Moritz, M.D., Christine Brady, R.N.'s Motion for Leave to File Oversized Brief and Seeking Additional Time to Answer or Otherwise Plead*, a copy of which is herewith served upon you.

By:/s/ Elise N. Victor
One of Its Attorneys

Michael S. Knippen, ARDC No. 6185723
Mark F. Wolfe, ARDC No. 6186298
Elise N. Victor, ARDC No. 6287603
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661
312.466.8000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of *Defendants Merit Lincoln Park, LLC, Gregory A. Cierlik, William S. Markey, M.D., Maria M. Munoz, M.D., Christos A. Galanopoulos, M.D., George I. Salti, M.D., George Engel, M.D., Howard A. Moritz, M.D., Christine Brady, R.N.'s Notice of Motion for Leave to File Oversized Brief and Seeking Additional Time to Answer or Otherwise Plead* to be electronically filed with the Clerk of the Court using the CM/EFC system, and the following counsel of record were served electronically on May 29, 2008:

| | |
|---|---|
| William E. Barrows<br>Attorney at Law<br>1020 Evergreen Circle<br>Olympia Fields, IL 60461<br>Phone: (708) 481-4179<br>*Counsel for Plaintiffs Vittorio Guerriero, M.D., and Gregory C. Nacopoulos, D.O.* | Kevin Michael Forde<br>Kevin M. Forde, Ltd.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602<br>Phone: (312) 641-1441<br>*Counsel for Defendants Erhard R. Chorle and Lynn A. Ellenberger* |

By: /s/ Elise N. Victor
    Elise N. Victor
    ARDC No.: 6287603
    BOLLINGER, RUBERRY & GARVEY
    500 West Madison Street
    Suite 2300
    Chicago, Illinois 60606-2511
    Telephone: 312-466-8000