IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITTORIO GUERRIERO, M.D., and GREGORY C. NACOPOULOS, D.O., <br><br> Plaintiffs, <br><br> vs. <br><br> MERIT LINOLN PARK, LLC, GREGORY A. CIERLIK, WILLIAM S. MARKEY, M.D., MARIA M. MUNOZ, M.D., CHRISTOS A. GALANOPOULOS, M.D., GEORGE I. SALTI, M.D., GEORGE ENGEL, M.D., HOWARD A. MORITZ, M.D., CHRISTINE BRADY, R.N., ERHARD R. CHORLÉ and LYNN A. ELLENBERGER, <br><br> Defendants. | No. 08 CV 2388 |

## NOTICE OF FILING

To:  William E. Barrows　　　　　Kevin M. Forde
　　　1020 Evergreen Circle　　　　Kevin R. Malloy
　　　Olympia Fields, IL  60461　　Kevin M. Forde, Ltd.
　　　　　　　　　　　　　　　　　111 West Washington Street, Suite 1100
　　　　　　　　　　　　　　　　　Chicago, IL  60602

**PLEASE TAKE NOTICE** that on Tuesday, June 10, 2008, there was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following *Defendants Merit Lincoln Park, LLC, Gregory A. Cierlik, William S. Markey, M.D., Maria M. Munoz, M.D., Christos A. Galanopoulos, M.D., George I. Salti, M.D., George Engel, M.D., Howard A. Moritz, M.D., Christine Brady, R.N.'s Motion to Dismiss Plaintiffs' Complaint for Damages Based on Fed. R. Civ. P. 12(b)(6), or in the Alternative, to Strike Certain Paragraphs Based on Fed. R. Civ. P. 12(f) and Memorandum of Law in Support thereof,* a copy of which is herewith served upon you.

　　　　　　　　　　　　　　　　　　　　　　　By:/s/ Michael S. Knippen
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Michael S. Knippen, ARDC No. 6185723
Mark F. Wolfe, ARDC No. 6186298
Elise N. Victor, ARDC No. 6287603
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661
312.466.8000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a true and correct copy of *Bollinger, Ruberry & Garvey's Notice of Filing* to be electronically filed with the Clerk of the Court using the CM/EFC system, and the following counsel of record were served electronically on June 10, 2008:

| | |
|---|---|
| William E. Barrows<br>Attorney at Law<br>1020 Evergreen Circle<br>Olympia Fields, IL 60461<br>Phone: (708) 481-4179<br>*Counsel for Plaintiffs Vittorio Guerriero, M.D., and Gregory C. Nacopoulos, D.O.* | Kevin Michael Forde<br>Kevin M. Forde, Ltd.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602<br>Phone: (312) 641-1441<br>*Counsel for Defendants Erhard R. Chorle and Lynn A. Ellenberger* |

By: /s/ Michael S. Knippen
    Michael S. Knippen
    ARDC No.: 6185723
    BOLLINGER, RUBERRY & GARVEY
    500 West Madison Street
    Suite 2300
    Chicago, Illinois 60606-2511
    Telephone: 312-466-8000