**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Vittorio Guerriero, et al.
                                       Plaintiff,

v.                                                         Case No.: 1:08−cv−02388
                                                            Honorable Harry D. Leinenweber

Merit Lincoln Park, LLC, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber:Defendants' Motion for extension of time [23] is granted. Defendants' Motion for leave to file excess pages [25] is granted.Defendants' Motion for leave to file excess pages [18] is granted. Plaintiffs' Responses to defendants' motion to dismiss due by 7/31/2008. Defendants' Replies due by 8/7/2008. The court will rule orally on 9/11/2008 at 09:00 AM. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.