IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITTORIO GUERRIERO, M.D., and GREGORY C. NACOPOULOS, D.O., ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No. 08 C 2388 |
| MERIT LINCOLN PARK, LLC, GREGORY A. CIERLIK, WILLIAM S. MARKEY, M.D., MARIA M. MUNOZ, M.D., CHRISTOS A. GALANOPOULOS, M.D., GEORGE I. SALTI, M.D., GEORGE ENGEL, M.D., HOWARD A. MORITZ, M.D., CHRISTINE BRADY, R.N., ERHARD R. CHORLÉ and LYNN A. ELLENBERGER, ) ) ) ) ) ) ) ) ) | Judge Leinenweber |
| Defendants. ) | |

## NOTICE OF FILING

To:

| | |
|---|---|
| William E. Barrows | Michael S. Knippen |
| 1020 Evergreen Circle | Elise N. Victor |
| Olympia Fields, IL  60461 | Mark F. Wolfe |
| | Bollinger, Ruberry & Garvey |
| | 500 West Madison Street, Suite 2300 |
| | Chicago, IL  60661 |

     PLEASE TAKE NOTICE that on Tuesday, June 17, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, via CM-ECF, DEFENDANT CHORLÉ AND ELLENBERGER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) and MEMORANDUM IN SUPPORT, copies of which are herewith served upon you.

                                                                /s/Kevin M. Forde

Kevin M. Forde
Kevin R. Malloy
Kevin M. Forde, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL  60602
(312) 641-1441

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that the foregoing NOTICE OF FILING, DEFENDANTS CHORLÉ AND ELLENBERGER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) and MEMORANDUM IN SUPPORT were served upon

>William E. Barrows
>1020 Evergreen Circle
>Olympia Fields, IL  60461

BY U.S. MAIL and upon

>Michael S. Knippen
>Elise N. Victor
>Mark F. Wolfe
>Bollinger, Ruberry & Garvey
>500 West Madison Street
>Suite 2300
>Chicago, IL  60661

BY ELECTRONIC FILING on this 17th day of June, 2008.

/s/Kevin M. Forde_____