

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:                           Elise N. Willis

FIRM:                           Traub Lieberman Straus & Shrewsberry

STREET ADDRESS:                 303 West Madison Street, Suite 1200

CITY/STATE/ZIP:                 Chicago, IL 60606

PHONE NUMBER:                   312-332-3900

E-MAIL ADDRESS:                 ewillis@traublieberman.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6287603

If you have previously filed an appearance with
this Court using a different name, enter that name:   Elise N. Victor

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 04-6969 | BASF AG v. Great American Assurance Co., et al. | Judge Der-Yeghiayan |
| 08 CV 2388 | Guerriero, et al. v. Merit Lincoln Park, LLC, et al. | Judge Grady |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Elise N. Willis                                     7/28/08

Attorney's Signature                                    Date