IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITTORIO GUERRIERO, M.D., and<br>GREGORY C. NACOPOULOS, D.O.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERIT LINOLN PARK, LLC, GREGORY A.<br>CIERLIK, WILLIAM S. MARKEY, M.D.,<br>MARIA M. MUNOZ, M.D., CHRISTOS A.<br>GALANOPOULOS, M.D., GEORGE I.<br>SALTI, M.D., GEORGE ENGEL, M.D.,<br>HOWARD A. MORITZ, M.D., CHRISTINE<br>BRADY, R.N., ERHARD R. CHORLÉ and<br>LYNN A. ELLENBERGER,<br><br>    Defendants. | No. 08 CV 2388 |

### NOTICE OF FILING

To:  William E. Barrows            Kevin M. Forde
     1020 Evergreen Circle         Kevin R. Malloy
     Olympia Fields, IL  60461     Kevin M. Forde, Ltd.
                                   111 West Washington Street, Suite 1100
                                   Chicago, IL  60602

**PLEASE TAKE NOTICE** that on Wednesday, August 7, 2008, there was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following *Defendants Merit Lincoln Park, LLC, Gregory A. Cierlik, William S. Markey, M.D., Maria M. Munoz, M.D., Christos A. Galanopoulos, M.D., George I. Salti, M.D., George Engel, M.D., Howard A. Moritz, M.D., Christine Brady, R.N.'s Reply Brief to Plaintiffs' Response Brief to Defendants' Motion to Dismiss Plaintiffs' Complaint for Damages Based on FED. R. CIV.P. 12(b)(6) or, In The Alternative, To Strike Certain Paragraphs Based on FED.R.CIV.P.12(f), and memorandum in Support Thereof,* a copy of which is herewith served upon you.

By:/s/ Michael S. Knippen
One of Its Attorneys

Michael S. Knippen, ARDC No. 6185723
Mark F. Wolfe, ARDC No. 6186298
Elise N. Victor, ARDC No. 6287603
Traub Lieberman Straus & Shrewsberry LLP
303 W. Madison Street, Suite 12000
Chicago, Illinois 60606
312.332.3900

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a true and correct copy of *Traub Lieberman Straus & Shrewsberry LLP Notice of Filing* to be electronically filed with the Clerk of the Court using the CM/EFC system, and the following counsel of record were served electronically on **August 7, 2008**:

| | |
|---|---|
| William E. Barrows<br>Attorney at Law<br>1020 Evergreen Circle<br>Olympia Fields, IL 60461<br>Phone: (708) 481-4179<br>*Counsel for Plaintiffs Vittorio Guerriero, M.D., and Gregory C. Nacopoulos, D.O.* | Kevin Michael Forde<br>Kevin M. Forde, Ltd.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602<br>Phone: (312) 641-1441<br>*Counsel for Defendants Erhard R. Chorle and Lynn A. Ellenberger* |

By: /s/ Michael S. Knippen
    Michael S. Knippen
    ARDC No.: 6185723
    Traub Lieberman Straus & Shrewsberry LLP
    303 W. Madison Street, Suite 12000
    Chicago, Illinois 60606
    312.332.3900