IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VITTORIO GUERRIERO, M.D., and<br>GREGORY C. NACOPOULOS, D.O., )<br>)<br>)<br>    Plaintiffs, )<br>)<br>    vs. )<br>)<br>MERIT LINCOLN PARK, LLC, GREGORY A. )<br>CIERLIK, WILLIAM S. MARKEY, M.D., )<br>MARIA M. MUNOZ, M.D., CHRISTOS A. )<br>GALANOPOULOS, M.D., GEORGE I. )<br>SALTI, M.D., GEORGE ENGEL, M.D., )<br>HOWARD A. MORITZ, M.D., CHRISTINE )<br>BRADY, R.N., ERHARD R. CHORLÉ and )<br>LYNN A. ELLENBERGER, )<br>)<br>    Defendants. ) | No. 08 C 2388<br><br>Judge Leinenweber |

## NOTICE OF FILING

To:

| | |
|---|---|
| William E. Barrows<br>1020 Evergreen Circle<br>Olympia Fields, IL  60461 | Michael S. Knippen<br>Elise N. Willis<br>Traub Lieberman Straus & Shrewsberry<br>303 West Madison Street<br>Suite 1200<br>Chicago, IL  60606 |

    PLEASE TAKE NOTICE that on Thursday, August 7, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, via CM-ECF, DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS, a copy of which is herewith served upon you.

                                                                                                              /s/Kevin M. Forde_____

Kevin M. Forde
Kevin R. Malloy
Kevin M. Forde, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL  60602
(312) 641-1441

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, states that the foregoing NOTICE OF FILING and DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS were served upon

   William E. Barrows
   1020 Evergreen Circle
   Olympia Fields, IL  60461

BY U.S. MAIL and upon

   Michael S. Knippen
   Elise N. Willis
   Traub Lieberman Straus & Shrewsberry
   303 West Madison Street
   Suite 1200
   Chicago, IL  60606

BY ELECTRONIC FILING on this 7th day of August, 2008.

             /s/Kevin M. Forde_____