# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2388 | **DATE** | 8/8/2008 |
| **CASE TITLE** | Vittorio Guerriero, et al vs. Merit Lincoln Park, et al | | |

**DOCKET ENTRY TEXT**

The Agreed Motion for Substitution of Counsel is granted. The law firm of Traub, Lieberman, Straus & Shrewsberry granted leave to substitute as counsel for defendants'.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|