IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VITTORIO GUERRIERO, M.D., and | ) | |
| GREGORY C. NACOPOULOS, D.O., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 08 C 2388 |
| | ) | |
| MERIT LINCOLN PARK, LLC, GREGORY A. | ) | Judge Leinenweber |
| CIERLIK, WILLIAM S. MARKEY, M.D., | ) | |
| MARIA M. MUNOZ, M.D., CHRISTOS A. | ) | |
| GALANOPOULOS, M.D., GEORGE I. | ) | |
| SALTI, M.D., GEORGE ENGEL, M.D., | ) | |
| HOWARD A. MORITZ, M.D., CHRISTINE | ) | |
| BRADY, R.N., ERHARD R. CHORLÉ and | ) | |
| LYNN A. ELLENBERGER, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF FILING</u>**

To:

William E. Barrows            Michael S. Knippen
1020 Evergreen Circle         Elise N. Victor
Olympia Fields, IL  60461     303 West Madison Street
                              Suite 1200
                              Chicago, IL  60606


PLEASE TAKE NOTICE that on Monday, August 11, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, via CM-ECF, DEFENDANT CHORLÉ AND ELLENBERGER'S AMENDED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6), a copy of which is herewith served upon you.

/s/Kevin M. Forde_____

Kevin M. Forde
Kevin R. Malloy
Kevin M. Forde, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL  60602
(312) 641-1441

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, states that the foregoing NOTICE OF FILING and DEFENDANTS CHORLÉ AND ELLENBERGER'S AMENDED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) were served upon

       William E. Barrows
       1020 Evergreen Circle
       Olympia Fields, IL  60461

BY U.S. MAIL and upon

       Michael S. Knippen
       Elise N. Victor
       303 West Madison Street
       Suite 1200
       Chicago, IL  60606

BY ELECTRONIC FILING on this 11th day of August, 2008.

       /s/Kevin M. Forde_____