UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Vittorio Guerriero, et al.
                  Plaintiff,

v.                                    Case No.: 1:08−cv−02388
                                         Honorable Harry D. Leinenweber

Merit Lincoln Park, LLC, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

       MINUTE entry before the Honorable Harry D. Leinenweber:The oral ruling date of September 11, 2008 for Defendants' Motion to Dismiss is stricken. The Court will rule by mail.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.